UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

               Plaintiff,

v.

 Yheimmy Delacruz,

               Defendant.

Crim. No.2:24-CR-493 (MEF)

ORDER OF REFERRAL

Michael E. Farbiarz, U.S.D.J.

The defendant, Yheimmy Delacruz, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Jose Almonte to administer the allocution pursuant to Fed.R.Crim.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

Dated: 2/27/2025

_____
United States District Judge

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)